IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

V.P. GAINESVILLE SOUTH, LLC,

      Appellant,

v.

CITY OF GAINESVILLE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4253

Opinion filed July 12, 2017.

An appeal from the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

Howard M. Allen, Cocoa Beach, for Appellant.

Elizabeth A. Waratuke, Gainesville, for Appellee.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, C.J., LEWIS and ROWE, JJ., CONCUR.